```
 1  EDWIN K. PRATHER (Cal. Bar No. 190536)
    SYBIL L. RENICK (Cal. Bar No. 213149)
 2  PRATHER LAW OFFICES
    245 Fifth Street, Suite 103
 3  San Francisco, California 94103
    Telephone:    415-881-7774
 4  Email: Edwin@pratherlawoffices.com
    Email: Sybil@pratherlawoffices.com
 5
    Attorneys for Defendants
 6  LONG YING INTERNATIONAL, INC. and
    DAVID M. HO
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA DE LA LUZ PEREZ BAUTISTA, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JUUL LABS, INC. COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 4:20-cv-01613 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 34** |

[PROPOSED] ORDER

1  Defendants Long Ying International, Inc. and David M. Ho ("Defendants") have moved to
2  remove incorrectly filed Docket No. 35. Having considered the arguments of the parties and the
3  papers submitted, and finding good cause therefore, the Court hereby grants Defendants' Motion to
4  Remove Incorrectly Filed Document: Docket No. 35.

5  Docket No. 35 shall be removed from the publicly available docket.

6  **IT IS SO ORDERED.**

7
8  Dated:  5/12/2020

   _____
   THE HON. HAYWOOD S. GILLIAM, JR.
   UNITED STATES DISTRICT JUDGE