EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
JASON Y. WU, CA Bar No. 313368
    jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

KALEB N. BERHE, CA Bar No. 302080
    kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant JUUL
LABS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ PEREZ BAUTISTA, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 4:20-cv-01613-HSG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT JUUL LABS, INC.**<br><br>Hon. Haywood S. Gilliam<br>Action Filed: March 4, 2020<br>Trial Date: None Set |

**PLEASE TAKE NOTICE THAT** Defendant JUUL LABS, INC. ("Defendant") hereby substitutes its counsel of record in the above-captioned matter as follows:

Joshua Seth Lipshutz and Peter C. Squeri of Gibson, Dunn and Crutcher LLP located at 555 Mission Street, Suite 3000, San Francisco, CA 94105, hereby withdraw as counsel for Defendant;

Eileen R. Ridley, Jason Y. Wu, and Kaleb N. Berhe of Foley & Lardner LLP hereby substitute in as counsel of record for Defendant.  All pleadings, orders and notices should henceforth be served upon the following new counsel for Defendant:

Eileen R. Ridley, Ca Bar No. 151735
    Eridley@Foley.com
Jason Y. Wu, Ca Bar No. 313368
    Jwu@Foley.com
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone:  415.434.4484
Facsimile:  415.434.4507

Kaleb N. Berhe, Ca Bar No. 302080
    Kberhe@Foley.com
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:   213.486.0065

CONSENTING TO THE SUBSTITUTION

DATE:  MAY 29, 2020

**JUUL LABS, INC.**
Scott Richburg

DocuSigned by:

By: _Scott Richburg_ _____
    F945E7A4284145B...

SUBSTITUTION OF COUNSEL FOR DEFENDANT JUUL LABS, INC.
Case No. 4:20-cv-01613-HSG

-1-

1

CONSENTING TO THE SUBSTITUTION

**GIBSON, DUNN AND CRUTCHER LLP**
Joshua Seth Lipshutz

2

Date:  May 29, 2020

3

4

5

/s/ Joshua Seth Lipshutz
Joshua Seth Lipshutz

6

CONSENTING TO THE SUBSTITUTION

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Jason Y. Wu
Kaleb N. Berhe

7

Date:  May 29, 2020

8

9

10

11

/s/ Eileen R. Ridley
Eileen R. Ridley
Attorneys for Defendant JUUL LABS,
INC.

12

13

**IT IS SO ORDERED.**

14

15

16

Dated:  6/1/2020

Haywood S. Gilliam, Jr.
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF COUNSEL FOR DEFENDANT JUUL LABS, INC.
-2-