1  EILEEN R. RIDLEY, CA Bar No. 151735
      eridley@foley.com
2  JASON Y. WU, CA Bar No. 313368
      jwu@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
4  SAN FRANCISCO, CA 94104-1520
   TELEPHONE:  415.434.4484
5  FACSIMILE:  415.434.4507

6  KALEB N. BERHE, CA Bar No. 302080
      kberhe@foley.com
7  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
8  LOS ANGELES, CA 90071-2411
   TELEPHONE:  213.972.4500
9  FACSIMILE:   213.486.0065

10 Attorneys for Defendant JUUL
   LABS, INC.

11

12                **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 MARIA DE LA LUZ PEREZ                    Case No. 4:20-cv-01613-HSG
   BAUTISTA, LUZ PEREZ BAUTISTA
16 and SALVADORA CORREA, on behalf          **STIPULATED AND [PROPOSED]
   of themselves and all others similarly  ORDER REQUEST TO
17 situated,                                RESCHEDULE CASE
                                            MANAGEMENT CONFERENCE**
18                          Plaintiff,
                                            Hon. Haywood S. Gilliam, Jr.
19          vs.                             Action Filed: March 4, 2020
                                            Trial Date: None Set
20 JUUL LABS, INC., COALITION FOR
   REASONABLE VAPING
21 REGULATION, LONG YING
   INTERNATIONAL, INC., DAVID M.
22 HO, and DOES 1-10 inclusive,

23                          Defendants.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULE CMC
CASE NO. 4:20-cv-01613-HSG

4837-9251-9624.2

1    WHEREAS, on August 12, 2020 the Court set a telephonic Case Management

2  Conference for August 25, 2020 at 2:00 p.m. [Dkt. 66]

3    WHEREAS, counsel for JUUL LABS, INC. is scheduled to be traveling on August

4  25, 2020 to assist her child in moving into a college campus and will be unavailable for

5  the presently scheduled telephonic case management conference and therefore seeks to

6  have the Case Management Conference continued for one (1) week to September 1, 2020

7  at 2:00 p.m. or at a date most convenient for the Court;

8    WHEREAS, counsel for all the parties to this action have stipulated to such a

9  continuance of the Case Management Conference;

10    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

11  the undersigned parties, through their undersigned counsel, that the presently scheduled

12  telephone Case Management Conference on August 25, 2020 at 2:00 p.m. be continued to

13  September 1, 2020 at 2:00 p.m. or a date most convenient for the Court.

14

15

16  DATED:  August 14, 2020        LEONARD CARDER, LLP

17                       By:  /s/ Aaron D. Kaufmann

18                           AARON D. KAUFMANN

19  DATED:  August 14, 2020        LEGAL AID AT WORK

20

21                       By:  /s/  George Warner

22                           GEORGE WARNER

                             *Attorneys for Plaintiffs*
23

24  DATED:  August 14, 2020        FOLEY & LARDNER LLP

25                       By:  /s/  Eileen R. Ridley

26                           EILEEN R. RIDLEY

27                           *Attorneys for JUUL Labs, Inc.*

28

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULE CMC
-1-            Case No. 4:20-cv-01613-HSG

1   DATED:  August 14, 2020          THE SUTTON LAW FIRM

2

3                                      By:  /s/ *Bradley W. Hertz*
                                           BRADLEY W. HERTZ

4                                      *Attorneys for the Coalition for*
                                       *Reasonable Vaping*

5

6   DATED:  August 14, 2020          PRATHER LAW OFFICES

7

8                                      By:  /s/ *Sybil L. Renik*
                                           SYBIL L. RENIK

9                                      *Attorneys for David Ho & Long*
                                       *Ying International, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULE CMC
-2-                         Case No. 4:20-cv-01613-HSG

1

**[PROPOSED] ORDER**

2          Upon consideration of the stipulation filed by the Parties:

3          IT IS HEREBY ORDERED that the presently scheduled telephonic Case

4    Management Conference set for August 25, 2020 at 2:00 p.m. shall be continued to

5    September 1, 2020 at 2:00 p.m. All counsel shall use the following dial-in information to access the

6    call:  Dial-In:  888-808-6929/Passcode:  6064255.

7    IT IS SO ORDERED.

8

9

10   DATED:  August 17, 2020          UNITED STATES DISTRICT COURT

11                                    By: _Haywood S. Gill Jr._.

12                                       HAYWOOD S. GILLIAM, JR.
                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULE CMC
                                      -3-          Case No. 4:20-cv-01613-HSG

4837-9251-9624.2