AARON KAUFMANN, SBN 148580
GISELLE OLMEDO, SBN 294750
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
golmedo@leonardcarder.com

GEORGE A. WARNER, SBN 320241
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
gwarner@legalaidatwork.org

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ BAUTISTA-PEREZ, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:20-cv-01613-HSG<br><br>**ORDER REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT AND BRIEFING AND HEARING SCHEDULE FOR RESPONSIVE MOTIONS AND MOTION FOR COLLECTIVE ACTION**<br><br><br><br>Complaint Filed:   March 4, 2020<br>Trial Date:            None set |

The Court having reviewed the parties Joint Stipulation Regarding Leave for Filing of the First Amended Complaint and Motion Briefing Schedule, hereby ORDERS:

- Plaintiffs' request for leave to file the First Amended Complaint, attached as Exhibit A to the Joint Stipulation, is GRANTED.
- Plaintiffs are instructed to file the First Amended Complaint no later than one court day after the entry of this order.
- The hearing set for October 22, 2020 to hear Plaintiffs' Motion for Leave to File First Amended Complaint is vacated.
- Defendants' Motion to Dismiss and/or Strike portions of the First Amended Complaint (hereafter "FRCP 12(b) Motion") and/or Answers are due on October 1, 2020. Plaintiffs' Oppositions will be due by October 15, 2020; and Defendants' Replies on October 22, 2020.
- Plaintiffs' Motion for Conditional Certification and to Facilitate Collective Action Notice (hereafter "29 U.S.C. § 216(b) Motion") shall be filed no later than September 24, 2020. Defendants' Opposition will be due on October 13, 2020; and Plaintiffs' Reply on October 22, 2020.
- The hearing on Defendants' FRCP 12(b) Motion and Plaintiffs' 29 U.S.C. § 216(b) motions will be heard on November 5, 2020 at 2:00 p.m.

**IT IS SO ORDERED**.

DATED: 9/9/2020

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1
ORDER RE FILING FIRST AMENDED COMPLAINT & BRIEFING SCHEDULE