EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
JASON Y. WU, CA Bar No. 313368
  jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELPHONE:  415.434.4484
FACSIMILE:  415.434.4507

KALEB N. BERHE, CA Bar No. 302080
  kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant JUUL LABS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ PEREZ BAUTISTA, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:20-cv-01613-HSG<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam<br>Action Filed: March 4, 2020<br>Trial Date: None Set |

Plaintiffs Maria De La Luz Perez Bautista, Luz Perez Bautista, and Salvadora Correa ("Plaintiffs") and Defendants Juul Labs, Inc., Coalition for Reasonable Vaping Regulation, Long Ying International, Inc., and David M. Ho ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

## RECITALS

WHEREAS, on September 9, 2020 the Court issued an Order Regarding Leave to File First Amended Complaint and Briefing and Hearing Schedule for Responsive Motions and Motion for Collective Action ("Order") [Dkt. 76];

WHEREAS, the Order states, "Defendants' Motion to Dismiss and/or Strike portions of the First Amended Complaint (hereafter "FRCP 12(b) Motion") and/or Answers are due on October 1, 2020" [Dkt. 76];

WHEREAS, the Parties interpret the Order to mean that Defendants may file or join in motions under Federal Rule of Civil Procedure 12 in lieu of filing Answers to the First Amended Complaint;

WHEREAS, to the extent the Order intended for Defendants to file Answers *in addition* to filing or joining in Rule 12 motions by October 1, 2020, the Parties wish to stipulate that any Defendants filing or joining in Rule 12 motions by October 1, 2020 need not file Answers until fourteen (14) days after a ruling on such Rule 12 motions, unless the Court provides otherwise in such ruling or a subsequent order of the Court;

WHEREAS, such stipulation would be in the interest of efficiency and judicial economy, such that Defendants need not prepare Answers to a pleading that may or may not be the final operative complaint in this case, depending on how the Court rules on Defendants' Rule 12 motions;

WHEREAS, Plaintiffs agree that they will not seek default against any Defendant on account of such Defendant failing to file an Answer on October 1, 2020 at the same time as filing or joining in a Rule 12 motion.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel:

1. For Defendants that file or join in a motion under Federal Rule of Civil Procedure 12

with respect to Plaintiffs' First Amended Complaint, such Defendants' deadline to Answer the First Amended Complaint shall be set for fourteen (14) days after the Court's ruling on such motion(s), unless the Court provides otherwise in such ruling or a subsequent order of the Court.

2. For Defendants that elect not to file or join in a motion under Rule 12 with respect to the First Amended Complaint, such Defendants' deadline to file an Answer to the First Amended Complaint shall remain set for October 1, 2020.

DATED: October 1, 2020                LEONARD CARDER, LLP

                                      By: */s/ Aaron D. Kaufmann*
                                          AARON D. KAUFMANN

                                          GEORGE WARNER
                                          Legal Aid at Work

                                          *Attorneys for Plaintiffs Maria De La Luz Perez Bautista, Luz Perez Bautista and Salvadora Correa*

DATED: October 1, 2020                FOLEY & LARDNER LLP

                                      By: */s/ Eileen R. Ridley*
                                          EILEEN R. RIDLEY

                                          *Attorneys for Juul Labs, Inc.*

DATED: October 1, 2020                THE SUTTON LAW FIRM

                                      By: */s/ Bradley W. Hertz*
                                          BRADLEY W. HERTZ

                                          *Attorneys for the Coalition for Reasonable Vaping*

DATED: October 1, 2020                PRATHER LAW OFFICES

                                      By: */s/ Sybil L. Renick*
                                          SYBIL L. RENICK

                                          *Attorneys for David Ho & Long Ying International, Inc.*

///

*Filer's Attestation:* Pursuant to Local Rule 5-1(i)(3), Eileen R. Ridley hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed.

**ORDER**

Upon consideration of the stipulation filed by the Parties, IT IS HEREBY ORDERED as follows:

1. For Defendants that file or join in a motion under Federal Rule of Civil Procedure 12 with respect to Plaintiffs' First Amended Complaint, such Defendants' deadline to Answer the First Amended Complaint shall be set for fourteen (14) days after the Court's ruling on such motion(s), unless the Court provides otherwise in such ruling or a subsequent order of the Court.

2. For Defendants that elect not to file or join in a motion under Rule 12 with respect to the First Amended Complaint, such Defendants' deadline to Answer the First Amended Complaint shall remain set for October 1, 2020.

IT IS SO ORDERED.

DATED: October 2, 2020

UNITED STATES DISTRICT COURT

By: _____
HAYWOOD S. GILLIAM, JR.
United States District Judge