AARON KAUFMANN, SBN 148580
GISELLE OLMEDO, SBN 294750
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
akaufmann@leonardcarder.com
golmedo@leonardcarder.com

GEORGE A. WARNER, SBN 320241
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
gwarner@legalaidatwork.org

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ BAUTISTA-PEREZ, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>        Defendants. | Case No.  4:20-cv-01613-HSG<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR BRIEFING ON JUUL LABS, INC. AND COALITION FOR REASONABLE VAPING REGULATION'S MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 4, 2020<br>Trial Date: None Set |

Plaintiffs Maria De La Luz Perez Bautista, Luz Perez Bautista, and Salvadora Correa ("Plaintiffs") and Defendants Juul Labs, Inc., Coalition for Reasonable Vaping Regulation, Long Ying International, Inc., and David M. Ho ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

**RECITALS**

WHEREAS, on January 14, 2021, Plaintiffs filed the Second Amended Complaint ("SAC") [Dkt. 99];

WHEREAS, on January 19, 2021, Plaintiffs filed a corrected version of the SAC ("Corrected SAC") (Dkt. 100);

WHEREAS the Parties stipulated on January 22, 2021 that any Defendants filing or joining in Rule 12 motions could do so by February 2, 2021;

WHEREAS the Court approved that stipulation on January 25, 2021;

WHEREAS Defendants the Coalition for Reasonable Vaping Regulation and Juul Labs, Inc. filed motions to dismiss the Second Amended Complaint on February 2, 2021;

WHEREAS, the motions to dismiss are calendared to be heard on April 29, 2021;

WHEREAS, counsel for Plaintiffs had scheduled a vacation around the President's Day holiday;

WHEREAS, these stipulations are made in the interest of efficiency and judicial economy.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel:

1. Plaintiffs' deadline to file opposition papers to the motions to dismiss the Second Amended Complaint shall be extended by one week, until February 23, 2021;
2. Defendants' deadline to submit any reply to Plaintiffs' opposition papers is extended to March 9, 2021.

DATED: February 8, 2021            LEONARD CARDER LLP

By: /s/ *Aaron D. Kaufmann*

1
STIPULATION AND ORDER RE BRIEFING SCHEDULED FOR DEFTS MOTIONS TO DISMISS SAC

|   |   |   |
|---|---|---|
| | | AARON D. KAUFMANN |
| | | GEORGE WARNER |
| | | Legal Aid at Work |
| | | *Attorneys for Plaintiffs Maria De La Luz Perez Bautista, Luz Perez Bautista and Salvadora Correa* |

DATED:  February __, 2021          FOLEY & LARDNER LLP

By:  /s/ Eileen R. Ridley
         EILEEN R. RIDLEY

*Attorneys for Juul Labs, Inc.*

DATED:  February __, 2021          THE SUTTON LAW FIRM

By:  /s/ Bradley W. Hertz
         BRADLEY W. HERTZ

*Attorneys for the Coalition for Reasonable Vaping Regulation*

DATED:  February __, 2021          PRATHER LAW OFFICES

By:  /s/ Sybil L. Renick
         SYBIL L. RENICK

*Attorneys for David Ho & Long Ying International, Inc.*

### SIGNATURE ATTESTATION Local Rule 5-1(i)(3)

I, Aaron Kaufmann, attest that the other signatories to this document concur in the filing of this document.

/s/ Aaron D. Kaufmann
Aaron D. Kaufmann

**ORDER**

Upon consideration of the stipulation filed by the Parties, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' deadline to file opposition papers to the motions to dismiss the Second Amended Complaint shall be extended by one week, until February 23, 2021;

2. Defendants' deadline to submit any reply to Plaintiffs' opposition papers is extended to March 9, 2021.

IT IS SO ORDERED.

DATED: 2/10/2021

HAYWOOD S. GILLIAM, JR.
United States District Court Judge

3
STIPULATION AND ORDER RE BRIEFING SCHEDULED FOR DEFTS MOTIONS TO DISMISS SAC