AARON KAUFMANN, SBN 148580
GISELLE OLMEDO, SBN 294750
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
golmedo@leonardcarder.com

GEORGE A. WARNER, SBN 320241
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
gwarner@legalaidatwork.org

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ BAUTISTA-PEREZ, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 4:20-cv-01613-HSG<br><br>**ORDER STAYING CASE PENDING MEDIATION**<br><br><br><br><br><br>Operative Complaint Filed: January 19, 2021<br>Trial Date:          None set |

The Court, having reviewed the Parties' Stipulation Requesting Stay of Case Pending Mediation, hereby ORDERS:

- the action is stayed pending the anticipated mediation in this matter;
- the parties will not serve any additional discovery during the stay;
- the parties and third parties who have been served discovery to date will continue to produce documents and privilege logs, and will complete such productions by July 15, 2021;
- the deadline to file the motion for class certification and close of fact discovery necessary for the motion for class certification is hereby postponed until the Court enters a further Case Management Order;
- by September 10, 2021, the parties are required to submit a joint report on the status of the mediation and will request a further Case Management Conference to either schedule a motion for approval of a class action settlement or, if no proposed settlement is reached, to lift the stay and re-calendar the motion for class certification and close of discovery regrading that motion;
- the statute of limitations for claims brought under the Fair Labor Standards Act by members of the collective action will be tolled during the pendency of the stay.

**IT IS SO ORDERED**.

DATED: 6/4/2021

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE