AARON KAUFMANN, SBN 148580
GISELLE OLMEDO, SBN 294750
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
akaufmann@leonardcarder.com
golmedo@leonardcarder.com

GEORGE A. WARNER, SBN 320241
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
gwarner@legalaidatwork.org

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ BAUTISTA-PEREZ, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.  4:20-cv-01613-HSG<br><br>**STIPULATION AND ORDER REGARDING DEADLINES RELATED TO APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Operative Complaint Filed:<br>Trial Date:            None set |

IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order setting the following deadlines:

| Deadline | Date & Time |
|---|---|
| Last day for Settlement Administrator to mail and email notice to all class members | February 18, 2022 |
| Last day to file motion for incentive payments for class representatives | February 28, 2022 |
| Last day to file motion for attorneys' fees and costs | February 28, 2022 |
| Last day for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payments for class representatives | April 19, 2022 |
| Last day for parties to file final approval motion | May 5, 2022 |
| Final fairness hearing and hearing on motions for attorneys' fees and costs and incentive payments for class representatives | June 2, 2022 at 2:00 p.m. |

DATED:  February 8, 2022    LEONARD CARDER, LLP

By: ___/s/ Aaron D. Kaufmann_____
    AARON D. KAUFMANN

DATED:  February 8, 2022    LEGAL AID AT WORK

By: ___/s/ George A. Warner_____
    GEORGE A. WARNER

*Attorneys for Plaintiffs*

DATED:  February 8, 2022    FOLEY & LARDNER LLP

By: ___/s/ Eileen R. Ridley_____
    EILEEN R. RIDLEY

*Attorneys for Juul Labs, Inc.*

| | | |
|---|---|---|
| DATED: February 8, 2022 | | THE SUTTON LAW FIRM |
| | | By: /s/ Bradley W. Hertz |
| | | BRADLEY W. HERTZ |
| | | *Attorneys for Coalition of Reasonable Vaping Regulation* |
| DATED: February 8, 2022 | | PRATHER LAW OFFICES |
| | | By: /s/ Sybil L. Renick |
| | | SYBIL L. RENICK |
| | | *Attorneys for David Ho and Long Ying International* |

**SIGNATURE ATTESTATION Local Rule 5-1(i)(3)**

I, Aaron Kaufmann, attest that the other signatory to this document concurs in the filing of this document.

/s/ Aaron D. Kaufmann
Aaron D. Kaufmann

# ORDER

Having reviewed the above stipulation, IT IS HEREBY ORDERED that the final fairness hearing on the Motion for Final Approval, the Motion for Attorneys' Fees and Costs, and the Motion for Class Representative Incentive Payments will take place on June 2, 2022 at 2:00 p.m. The hearing will take place by teleconference unless otherwise noted on the Court's calendar. IT IS FURTHER HEREBY ORDERED that the deadlines set forth in the parties' stipulation are adopted as follows:

| Deadline | Date & Time |
| --- | --- |
| Last day for Settlement Administrator to mail and email notice to all class members | February 18, 2022 |
| Last day to file motion for incentive payments for class representatives | February 28, 2022 |
| Last day to file motion for attorneys' fees and costs | February 28, 2022 |
| Last day for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payments for class representatives | April 19, 2022 |
| Last day for parties to file final approval motion | May 5, 2022 |

**IT IS SO ORDERED.**

DATED: 2/9/2022

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE