AARON KAUFMANN, SBN 148580
GISELLE OLMEDO, SBN 294750
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
akaufmann@leonardcarder.com
golmedo@leonardcarder.com

GEORGE A. WARNER, SBN 320241
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
gwarner@legalaidatwork.org

*Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LA LUZ BAUTISTA-PEREZ, LUZ PEREZ BAUTISTA and SALVADORA CORREA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC., COALITION FOR REASONABLE VAPING REGULATION, LONG YING INTERNATIONAL, INC., DAVID M. HO, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.  4:20-cv-01613-HSG<br><br>**STIPULATED JUDGMENT AND FINAL JUDGMENT** |

Plaintiffs' Motion for Final Settlement Approval came before the Court on June 2, 2022. Defendants did not oppose the Motion. The Court granted the Motion in full by order dated June 22, 2022. Pursuant to that Order, the Parties submit the following stipulation that judgment shall be entered accordingly: Defendant Coalition for Reasonable Vaping Regulation shall pay $1,700,000, and Defendant Long Ying International, Inc. shall pay $50,000 in full resolution of the claims asserted, including attorneys' fees and costs. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

DATED: July 13, 2022        LEGAL AID AT WORK

                            By:  /s/ George A. Warner
                                 GEORGE A. WARNER

                            *Attorneys for Plaintiffs*

DATED: July 13, 2022        LEONARD CARDER, LLP

                            By:  /s/ Aaron D. Kaufmann
                                 AARON D. KAUFMANN

                            *Attorneys for Plaintiffs*

DATED: July 13, 2022        FOLEY & LARDNER LLP

                            By:  /s/ Eileen R. Ridley
                                 EILEEN R. RIDLEY

                            *Attorneys for Juul Labs, Inc.*

DATED: July 13, 2022        THE SUTTON LAW FIRM

                            By:  /s/ Bradley W. Hertz
                                 BRADLEY W. HERTZ

                            *Attorneys for Coalition of Reasonable Vaping Regulation*

DATED: July 13, 2022        PRATHER LAW OFFICES

                            By:  /s/ Sybil L. Renick
                                 SYBIL L. RENICK

                            *Attorneys for David Ho and Long Ying International*

**SIGNATURE ATTESTATION Local Rule 5-1(i)(3)**

I, George A. Warner, attest that the other signatories to this document concur in the filing of this document.

                                                */s/ Geroge A. Warner*
                                                George A. Warner

**FINAL JUDGMENT**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

JUDGMENT SHALL BE ENTERED ACCORDINGLY: Defendant Coalition for Reasonable Vaping Regulation shall pay $1,700,000, and Defendant Long Ying International, Inc. shall pay $50,000 in full resolution of the claims asserted, including attorneys' fees and costs. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

DATED: 7/14/2022

                                              The Honorable Haywood S. Gilliam, Jr.
                                              UNITED STATES DISTRICT JUDGE